Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs Waddell, Setser & Uhalt

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1142
FAX (310) 22913-1942
pyates@kayescholer.com
wdowse@kayescholer.com
Attorneys for Defendants Wyeth LLC
And Pharmacia Upjohn Co. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, LEE WADDELL<br><br>        Plaintiffs,<br>    vs.<br><br>WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.}<br><br>        Defendants. | Case #. 1:04-CV-06343-OWW-DLB<br><br>STIPULATION TO CONTINUE DATES FOR FILING JOINT SCHEDULING STATEMENTS AND INITIAL SCHEDULING CONFERENCES AND ORDER<br><br>Date: June 29, 2011<br>Time: 8:15 AM<br>Courtroom 3 – Judge Oliver W. Wanger |

1

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences – Waddell, Setser & Uhalt

| | |
|---|---|
| DOROTHY SETSER & HOWARD SETSER )<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　 )<br>　vs. )<br>　　　　　　　　　　　　　　　　 )<br>WYETH LLC, {An indirect wholly-owned )<br>subsidiary of Pfizer Inc.} PHARMACIA & )<br>UPJOHN COMPANY LLC {An indirect )<br>wholly owned subsidiary of Pfizer Inc.} )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　　 ) | Case #. 1:10-CV-02405-OWW-DLB |
| KAY UHALT, STEPHEN UHALT, )<br>　　　　Plaintiffs, )<br>　vs. )<br>WYETH LLC, {An indirect wholly-owned )<br>subsidiary of Pfizer Inc.} PHARMACIA & )<br>UPJOHN COMPANY LLC {An indirect )<br>wholly owned subsidiary of Pfizer Inc.} )<br>　　　　Defendants. ) | Case #. 1:10-CV-02404-OWW-DLB |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

1. The date for Filing a Joint Scheduling Conference Statement in above captioned cases be continued from June 22, 2011 to August 10, 2011.

2. The date for the Initial Scheduling Conference be continued from June 29, 2011 to August 17, 2011.

　　　　　　　　　　　　　Respectfully submitted,

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences –
Waddell, Setser & Uhalt

DATED: May 2, 2011                       BOURDETTE AND PARTNERS


                                     By  /s/ Philip C. Bourdette
                                         Philip C. Bourdette
                                         Attorneys for Plaintiffs


DATED: May 2, 2011                       KAYE SCHOLER LLP


                                     By:  /s/ Wendy S. Dowse
                                         Wendy S. Dowse
                                         Attorneys for Defendants


IT IS SO ORDERED.

   Dated:   **May 2, 2011**                          **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences –
Waddell, Setser & Uhalt