Philip C. Bourdette SBN 47492
Miriam Bourdette  SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
LKirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon J. Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1000
FAX (310) 788-1200
pyates@kayescholer.com
wdowse@kayescholer.com
julie.belezzuoli@kayscholer.com
Attorneys for Defendants

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>Plaintiff,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER GRANTING PARTIES' JOINT SCHEDULING ORDER FOR REMAND GROUP 2 |
| KAY UHALT and STEPHEN UHALT,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants | Case No.: 1:10-cv-02405-JRG-DLB |

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL  ) | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | ) Plaintiffs,                  ) | |
| 3 | vs.                            ) | |
| 4 | WYETH LLC. et al               ) | |
| 5 | Defendants.                    ) | |
| 6 | ) | |

| | | |
|---|---|---|
| 7 | | Case No.: 1:10-cv-02395-JRG-DLB |
| 8 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | WYETH LLC, et al. | |
| 13 | Defendants. | |

| | | |
|---|---|---|
| 14 | GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WYETH LLC, et al. | |
| 19 | | |
| 20 | Defendants. | |

| | | |
|---|---|---|
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | WYETH LLC, et al. | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

3

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES, | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:04-cv-06346-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |
| DONNA HAMES and MICHAEL HAMES | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |
| VICTORIA POOLE and DELBERT POOLE | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |

The Court having considered the Stipulated to and Jointly Filed Proposed Scheduling Order by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the following pre-trial dates will be the deadlines in all Remand Group 2 cases:

02/03/2012   Amendment of Pleadings and Joinder of Parties
03/23/2012   Plaintiff's Expert Disclosure  (Waddell, Uhalt, Setzer, Hill, Phillips)
03/30/2012   Plaintiff's Expert Disclosure  (McPherson, Craven, Bowles, Hames, Poole)

4

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

| | | |
|---|---|---|
| 04/13/2012 | Deadline for written Discovery Requests | |
| 04/20/2012 | Defendants' Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 04/27/2012 | Defendants' Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) | |
| 05/04/2012 | Rebuttal Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 05/11/2012 | Rebuttal Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) | |
| 05/29/2012 | Deposition Deadline and Close of Discovery | |
| 06/08/2012 | File Dispositive & *Daubert* Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 06/15/2012 | File Dispositive & *Daubert* Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 06/22/2012 | File Responses to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 06/29/2012 | File Responses to Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 07/02/2012 | File Replies to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 07/09/2012 | File Replies - Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 07/18/2012 | File Motions in Limine | |
| 07/27/2012 | File Responses to Motions in Limine | |
| 07/27/2012 | 11:00 AM Hearing on Motions for Summary Judgment | |
| 08/01/2012 | Deadline for Meet& Confer re Settlement and/or Mediation | |
| 08/06/2012 | Plaintiff Draft Integrated Pre-Trial Order to Defendants | |
| 08/13/2012 | Integrated Pre-Trial Order Filed by Defendants | |
| 08/20/2012 | 11:00 AM Pre-trial Conference | |
| 08/23/2012 | Submit Proposed Jury Instructions | |
| 09/10/2012 | Final Settlement Conference | |

Trials of Remand Group 2 Plaintiffs will begin October 22, 2012 and continue through May 13, 2013, pursuant to my order of January 12, 2012.

IT IS SO ORDERED

Dated: 20 Jan 2012

HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATED DISTRICT COURT JUDGE

5

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2