1
2
3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

4
5

NANCY WADDELL,                                    )   Case No.: 1:04-cv-06343-JRG-DLB
                                                  )
6                                                 )   ORDER RELATING TO THE
7               Plaintiff,                        )   PARTIES' JOINT STATUS REPORT
                                                  )
8        vs.                                      )
9    WYETH LLC, et al.                            )
            Defendants.                            )
10   _____          )

11
     KAY UHALT and STEPHEN UHALT,                 )   Case No.: 1:10-cv-02404-JRG-DLB
12                                                )
13                                                )
              Plaintiffs,                         )
14                                                )
15       vs.                                      )
16   WYETH LLC, et al.                            )
17                                                )
              Defendants.                         )
18   _____          )

19   DOROTHY SETSER and HOWARD SETSER,            )
20                                                )   Case No.: 1:10-cv-02405-JRG-DLB
21            Plaintiffs,                         )
22       vs.                                      )
23   WYETH LLC, et al.                            )
              Defendants                          )
24                                                )
25                                                )
26   _____          )
27   CAROL HILL and LEONARD HILL                  )   Case No.: 1:10-cv-02394-JRG-DLB
                                                  )
28            Plaintiffs,                         )
                                                  )
         vs.                                      )

WYETH LLC. et al )
            Defendants. )
                                   )
                                   )
                                   )

MARIANNE PHILLIPS and WILLIAM )   Case No.: 1:10-cv-02395-JRG-DLB
PHILLIPS, )
                                   )
            Plaintiffs, )
                                   )
     vs. )
                                   )
WYETH LLC, et al. )
                                   )
            Defendants. )

GLORIETTE MCPHERSON, )             Case No.: 1:10-cv-02384-JRG-DLB
                                   )
            Plaintiff, )
                                   )
     vs. )
                                   )
WYETH LLC, et al. )
                                   )
            Defendants. )

BETTY CRAVEN and GEORGE CRAVEN, )  Case No.: 1:10-cv-02382-JRG-DLB
                                   )
                                   )
            Plaintiffs, )
                                   )
     vs. )
                                   )
WYETH LLC, et al. )
                                   )
            Defendants. )

SHIRLEY BOWLES and GERALD BOWLES, )
                                   )   Case No.: 1:04-cv-06346-JRG-DLB
            Plaintiffs, )
                                   )
     vs. )
                                   )
WYETH LLC, et al. )

| | |
|---|---|
| Defendants. | ) |
| | ) |
| | ) |
| DONNA HAMES and MICHAEL HAMES | ) Case No.: 1:10-cv-02392-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | |
| VICTORIA POOLE and DELBERT POOLE | ) |
| | ) Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | |
| | ) Case No.: 1:10-cv-00287-JRG-DLB |
| LOIS ZANYK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No.: 1:10-cv-00289-JRG-DLB |
| CARLEEN WEST | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |

3

| | | |
|---|---|---|
| Defendants. | ) | |
| | ) | |
| PAMELA TURNER | ) | Case No.: 1:10-cv-00288-JRG-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PFIZER INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LUCILLE MACIAS | ) | Case No.: 1:10-cv-00282-JRG-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PFIZER INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

I have considered the Joint Status Report [ECF 55] filed by the parties in these actions. The parties state that they need 30 to 60 days to finalize the resolution of these cases and, therefore, propose a deadline of 60 days in which to file a joint motion to dismiss the above cases, or, in the alternative, file a joint status report informing the court as to the status of resolution of the cases.  I find the parties' proposal unacceptable.  As I indicated at a status conference on December 9, 2011, "these cases are seven years old ....  There have been orders entered … and they've all been extended two or three times." [1:04-cv-06343-JRG-DLB, ECF 36, pp. 5, 8.]  I stated very clearly that "this process stops today.  We're going to set a firm scheduling order and we're going to take these cases to trial."  *Id.* at 8.  On January 20, 2012, I entered a scheduling order in these cases, setting trials to begin on October 22, 2012.  [1:04-cv-06343-JRG-DLB, ECF 46.]

In April of 2012, the parties advised me the cases had settled and that they requested vacation of the scheduling order and 60 days to set a status conference.  By order entered April 24, 2012, I vacated all trial and pre-trial deadlines in the above actions and ordered the parties to

4

file a joint status report within 60 days informing me as to the resolution of these cases, or in the alternative, to file a joint motion to dismiss.  [ECF 54.]  The parties now seek an additional 60 days within which to file a joint motion to dismiss or, in the alternative, file a joint status report informing me as to the status of resolution.

In light of the number of delays in these cases preceding settlement, the representation by the parties in April, 2012, that these matters have settled, and the fact that the parties have already requested one extension, which I granted,  I am not willing to extend this matter out further.  It is **ORDERED** that the parties shall file a joint motion to dismiss within 30 days of entry of this order.  If the parties do not file a joint motion to dismiss within 30 days, the court will enter a new scheduling order in this matter with court chosen deadlines, including a trial date in the coming months.

ENTER:  July 5, 2012

Joseph R. Goodwin, Chief Judge

5