UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>  Plaintiff,<br><br>vs.<br><br>WYETH LLC, et al.<br>  Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER SETTING TRIAL DATE |
| KAY UHALT and STEPHEN UHALT,<br><br>  Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>  Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>  Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br>  Defendants | Case No.: 1:10-cv-02405-JRG-DLB |
| CAROL HILL and LEONARD HILL<br><br>  Plaintiffs,<br><br>vs. | Case No.: 1:10-cv-02394-JRG-DLB |

| | |
|---|---|
| WYETH LLC. et al )<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiffs, )<br>　　vs. )<br>WYETH LLC, et al. )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendants. ) | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, )<br>　　vs. )<br>WYETH LLC, et al. )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendants. ) | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiffs, )<br>　　vs. )<br>WYETH LLC, et al. )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendants. ) | Case No.: 1:10-cv-02382-JRG-DLB |
| SHIRLEY BOWLES and GERALD BOWLES, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiffs, )<br>　　vs. )<br>WYETH LLC, et al. ) | Case No.: 1:04-cv-06346-JRG-DLB |

2

|    |                                          |                                    |
|----|------------------------------------------|------------------------------------|
| 1  |                                          )                                    |
| 2  |         Defendants.              )                                    |
|    |                                          )                                    |
| 3  | DONNA HAMES and MICHAEL HAMES  )  Case No.: 1:10-cv-02392-JRG-DLB |
| 4  |                                          )                                    |
|    |         Plaintiffs,              )                                    |
| 5  |                                          )                                    |
|    |     vs.                                  )                                    |
| 6  | WYETH LLC, et al.                        )                                    |
| 7  |                                          )                                    |
| 8  |         Defendants.              )                                    |
|    |                                          )                                    |
| 9  |                                          |                                    |
| 10 |                                          )                                    |
|    | VICTORIA POOLE and DELBERT POOLE   )  Case No.: 1:10-cv-02397-JRG-DLB |
| 11 |                                          )                                    |
| 12 |         Plaintiffs,              )                                    |
|    |                                          )                                    |
| 13 |     vs.                                  )                                    |
|    | WYETH LLC, et al.                        )                                    |
| 14 |                                          )                                    |
| 15 |         Defendants.              )                                    |
| 16 |                                          |                                    |
| 17 |                                          )  Case No.: 1:10-cv-00287-JRG-DLB |
|    | LOIS ZANYK                               )                                    |
| 18 |                                          )                                    |
|    |         Plaintiff,               )                                    |
| 19 |                                          )                                    |
| 20 |     vs.                                  )                                    |
|    |                                          )                                    |
| 21 | PFIZER INC., et al.                      )                                    |
| 22 |         Defendants.              )                                    |
| 23 |                                          |                                    |
|    | CARLEEN WEST                             )  Case No.: 1:10-cv-00289-JRG-DLB |
| 24 |                                          )                                    |
| 25 |         Plaintiff,               )                                    |
|    |                                          )                                    |
| 26 |     vs.                                  )                                    |
| 27 | PFIZER INC., et al.                      )                                    |
| 28 |                                          )                                    |

3

|                          |   |                                   |
|--------------------------|---|-----------------------------------|
| Defendants.              | ) |                                   |
|                          | ) |                                   |
| PAMELA TURNER            | ) | Case No.: 1:10-cv-00288-JRG-DLB   |
|                          | ) |                                   |
| Plaintiff,               | ) |                                   |
|                          | ) |                                   |
| vs.                      | ) |                                   |
|                          | ) |                                   |
| PFIZER INC., et al.      | ) |                                   |
|                          | ) |                                   |
| Defendants.              | ) |                                   |
|                          | ) |                                   |
| LUCILLE MACIAS           | ) | Case No.: 1:10-cv-00282-JRG-DLB   |
|                          | ) |                                   |
| Plaintiff,               | ) |                                   |
|                          | ) |                                   |
| vs.                      | ) |                                   |
|                          | ) |                                   |
| PFIZER INC., et al.      | ) |                                   |
|                          | ) |                                   |
| Defendants.              | ) |                                   |

## O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge